IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:02-CR-22-1H
No. 4:12-CV-145-H

| | |
|---|---|
| WILLARD LEE ACKLIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on petitioner's motion to vacate or set aside sentence pursuant to 28 U.S.C. § 2255, filed July 19, 2012 [DE #51]. Petitioner previously filed a § 2255 motion, which the court dismissed on June 1, 2005, for failure to state a claim upon which relief could be granted. Because the motion presently before the court is a successive § 2255 motion, this court is without jurisdiction to consider it. See 28 U.S.C. § 2255(h) ("A second or successive motion must be certified . . . by a panel of the appropriate court of appeals . . . ."). Accordingly, petitioner's motion to vacate is DISMISSED WITHOUT PREJUDICE to petitioner's right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

Because petitioner's motion is dismissed without prejudice to his right to apply to the Fourth Circuit for leave, this order does not raise a substantial issue for appeal concerning

the denial of a constitutional right. Accordingly, a certificate of appealability is not issued as to this order.

This 6th day of August 2012.

                                                _____
                                                MALCOLM J. HOWARD
                                                Senior United States District Judge

At Greenville, NC
#31